IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE LABORATORY CORPORATION )
OF AMERICA HOLDINGS ) 1:03CV591
SECURITIES LITIGATION )

## ORDER AND JUDGMENT

For the reasons set forth in the Memorandum Opinion, the Court finds that Plaintiffs have failed to meet the rigorous pleading standards required by PSLRA, and that, as noted by the Court, much of the Amended Complaint at issue contains forward-looking statements protected by PSLRA's safe harbor. Accordingly, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss [Document #27] is GRANTED.

This, the 18th day of May, 2006.

_____
United States District Judge